## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

JON MOORE,

    Plaintiff,

  v.

EQRX, INC., ALEXIS BORISY, AMY
ABERNETHY, CLIVE MEANWELL,
JORGE CONDE, KATHRYN GIUSTI,
KRISHNA YESHWANT, MELANIE
NALLICHERI, PAUL L. BERNS,
SAMUEL MERKSAMER, and SANDRA J.
HORNING,

    Defendants.

Case No. 1:23-cv-01179-GBW

JURY TRIAL DEMANDED

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated: November 30, 2023

          **LONG LAW, LLC**

      By:  */s/ Brian D. Long*
          Brian D. Long (#4347)
          3828 Kennett Pike, Suite 208
          Wilmington, DE 19807
          Telephone: (302) 729-9100
          Email: BDLong@longlawde.com

          *Attorneys for Plaintiff*